**Order entered November 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00976-CR
No. 05-13-00977-CR

**JOSHUA DERMAIN MALONE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F10-56581-H, F10-60705-H**

## ORDER

The Court **REINSTATES** the appeals.

On November 7, 2013, we ordered the trial court to make findings regarding why the clerk's records had not been filed. On November 15, 2013, we received the clerk's records. Therefore, in the interest of expediting the appeals, we **VACATE** the November 7, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/      LANA MYERS
        JUSTICE